FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 29, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH BALDWIN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIFIN, INC., an Illinois corporation,<br><br>    Defendant. | NO. 2:19-cv-00111-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is Plaintiff's Notice of Voluntary Dismissal, ECF No. 4. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff moves to dismiss this case without prejudice. No answer, counterclaim, or motion for summary judgment has been served. The Court finds good cause to accept the notice and enter it into the record.

//
//
//
//
//
//
//
//
//
//
//

**ORDER OF DISMISSAL** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Notice of Voluntary Dismissal, ECF No. 4, is **ACCEPTED and ENTERED into the record**.

2. This matter is **DISMISSED without prejudice** and without costs or attorney fees to any party.

3. Any pending motions are **dismissed as moot**.

4. The trial date and any remaining pretrial deadlines are **stricken**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 29th day of August 2019.



_____
Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL ~ 2**